**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00927-LTB-CBS

STEVE WALKER,

       Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, a foreign corporation,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion to Amend Complaint (Doc 27 - filed February 28, 2012) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.


Dated:   February 29, 2012
_____