**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-00927-LTB-CBS

STEVE WALKER,

       Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, a foreign corporation;
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation,

       Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 39 - filed July 20, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: July 23, 2012